| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1**<br><br>DENISE CARLON, ESQUIRE<br>KML LAW GROUP, P.C.<br>Sentry Office Plz<br>216 Haddon Ave.<br>Suite 406<br>Westmont, NJ 08018<br>dcarlon@kmllawgroup.com<br>Attorneys for Secured Creditor<br>ARCPE MORGAN HELOC'S | **Order Filed on March 12, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>Gertrude Sofman,<br><br>Debtor. | Case No.: 18-32381 KCF<br>Adv. No.:<br>Hearing Date: 3/27/19 @ 10:00 a.m.<br><br>Judge: Katherine C. Ferguson |

### ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**

**DATED: March 12, 2019**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Page 2
Debtors:        Gertrude Sofman
Case No.:       18-32381 KCF
Caption:        **ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN**

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor ARCPE MORGAN HELOC'S, holder of a mortgage on real property located at 157 Bay Avenue, Highlands, NJ, 07732, Denise Carlon appearing, by way of objection to the confirmation of Debtors' Chapter 13 Plan, and this Court having considered the representations of attorneys for Secured Creditor and Robert H. Johnson, Esquire, attorney for Debtor, Gertrude Sofman, and for good cause having been shown;

It **ORDERED, ADJUDGED and DECREED** that Debtor shall pay the arrearage claim of Secured Creditor (Claim # 7) in full through the Chapter 13 plan; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Debtor is to make post-petition payments in accordance with the terms of the note, mortgage, and notices of payment change; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Debtor reserve her right to object to Secured Creditor's proof of claim and notices of payment change; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Secured Creditor's objection to confirmation is hereby resolved.

United States Bankruptcy Court
District of New Jersey

In re:  
Gertrude Sofman  
    Debtor

Case No. 18-32381-KCF  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3   User: admin   Page 1 of 1   Date Rcvd: Mar 12, 2019  
                 Form ID: pdf903   Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 14, 2019.  
db         +Gertrude Sofman,   157 Bay Avenue,   Highlands, NJ 07732-1718

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                         TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 14, 2019                                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 12, 2019 at the address(es) listed below:

        Albert    Russo    docs@russotrustee.com  
        Aleisha Candace Jennings     on behalf of Creditor    Federal National Mortgage Association (Fannie  
         Mae) ajennings@rasflaw.com  
        Denise E. Carlon    on behalf of Creditor    ARCPE MORGAN HELOC'S dcarlon@kmllawgroup.com,  
         bkgroup@kmllawgroup.com  
        Harold N. Kaplan    on behalf of Creditor    Federal National Mortgage Association (Fannie Mae)  
         hkaplan@rasnj.com,   informationathnk@aol.com  
        Henry F. Wolff, III    on behalf of Creditor Donna L Brenner lawwolff2@aol.com  
        Henry F. Wolff, III    on behalf of Creditor Bartholomew  Brenner lawwolff2@aol.com  
        Kevin Gordon McDonald    on behalf of Creditor    ARCPE MORGAN HELOC'S kmcdonald@kmllawgroup.com,  
         bkgroup@kmllawgroup.com  
        Lawrence W. Luttrell    on behalf of Creditor Lawrence W. Luttrell larry@lwlpc.com,  
         renee@lwlpc.com;bet@lwlpc.com;luttrelllr80275@notify.bestcase.com;john@lwlpc.com  
        Robert H. Johnson    on behalf of Debtor Gertrude  Sofman ecfmail@rhjlaw.com,  
         r43974@notify.bestcase.com  
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                                                       TOTAL: 10