| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>Stern, Lavinthal & Frankenberg, LLC<br>105 Eisenhower Parkway, Suite 302<br>Roseland, New Jersey 07068-0490<br>Telephone Number (973) 797-1100<br>Facsimile Number (973) 228-2679<br>*Attorneys for Creditor,* Nationstar Mortgage LLC d/b/a Mr. Cooper<br>By: Maria Cozzini, Esq. |

| In Re: | Judge: Kathryn C. Ferguson, Chief U.S.B.J. |
|---|---|
| Gertrude Sofman | Chapter 13 |
| Debtor(s). | Case No.: 18-32381-KCF |

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Nationstar Mortgage LLC d/b/a Mr. Cooper. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:

105 Eisenhower Parkway - Suite 302
Roseland, NJ  07068

DOCUMENTS:

☑ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☑ All documents and pleadings of any nature.

DATED:  March 18, 2019                                  Stern Lavinthal & Frankenberg LLC

                                                                              By: /s/ *Maria Cozzini*
                                                                                   Maria Cozzini, Esq.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Stern, Lavinthal & Frankenberg, LLC
105 Eisenhower Parkway, Suite 302
Roseland, New Jersey 07068-0490
Telephone Number (973)797-1100
Telecopier Number (973)228-2679
Attorneys for Secured Creditor, Nationstar
Mortgage LLC d/b/a Mr. Cooper
By: Maria Cozzini, Esq.

In Re:

    Gertrude Sofman

           Debtor(s)

Judge: Kathryn C. Ferguson, Chief U.S.B.J.

Chapter 13

Case No.: 18-32381-KCF

## CERTIFICATION OF SERVICE

1. I, Alicia Moore:

    ☐ represent the _____ in the above-captioned matter.

    ☑ am the secretary/paralegal for Stern, Lavinthal & Frankenberg, LLC, who represents the Creditor in the above captioned matter.

    ☐ am the _____ in the above case and am representing myself.

1. On March 18, 2019, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below: Notice of Appearance

2. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

                                         /s/   *Alicia Moore*
                                         Alicia Moore

Dated: March 18, 2019

201900529

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Gertrude Sofman<br>157 Bay Avenue<br>Highlands, NJ 07732 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
| Robert H. Johnson<br>Robert H. Johnson, LLC<br>1818 Old Cuthbert Road<br>Suite 107<br>Cherry Hill, NJ 08034 | Debtor's Counsel | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
| Albert Russo, Esq.,<br>CN 4853<br>Trenton, NJ  08650-4853 | Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |

*May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.