Order Filed on March 28, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| ROBERT H. JOHNSON LLC<br>1818 Old Cuthbert Road, Suite 107<br>Cherry Hill, NJ 08034<br>(856) 298-9328<br>Attorneys for Debtor<br>Robert H. Johnson (RJ-0077) |
| In Re:<br><br>  Gertrude Sofman<br><br>                Debtor. |

Chapter 13

Case No. 18-32381-KCF

---

## CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION

---

The relief set forth on page numbered two (2) through two (2) annexed hereto be and is

hereby **ORDERED**.

**DATED: March 28, 2019**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

**Page 2**
**Debtor:   Gertrude Sofman**
**Case No.: 18-32381-KCF**
**Caption:  Consent Order Resolving Objection to Confirmation**

---

This matter being opened to the Court by the parties with respect to Donna and Bartholomew

Brenner's proof of claim #3 and Objection to Confirmation, and the Court noting the consent of the

parties to the form, substance, and entry of the within Order, and for good cause shown:

It is **ORDERED**, that Debtor shall pay the arrearage claim of Secured Creditor (Claim # 3)

in the amount of $14,328.76 in full through the Chapter 13 plan; and

It is **FURTHER ORDERED**, that Secured Creditor's objection to confirmation is hereby

resolved.

Consent to Form and Entry

**Robert H. Johnson, LLC**                          **Law Offices of Henry F. Wolff, III**
Attorney for the Debtors                            Attorney for Secured Creditor


By: _/s/  Robert H. Johnson_                        By: _/s/ Henry F. Wolff, III_
      Robert H. Johnson                                Henry F. Wolff, III

Date: 3/26/19                                       Date:  3/26/19