| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| ROBERT H. JOHNSON LLC<br>1818 Old Cuthbert Road, Suite 107<br>Cherry Hill, NJ 08034<br>(856) 298-9328<br>Attorneys for Debtor<br>Robert H. Johnson (RJ-0077) | **Order Filed on March 28, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>  Gertrude Sofman<br><br>                    Debtor. | Chapter 13<br><br>Case No. 18-32381-KCF |

## CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION

The relief set forth on page numbered two (2) through two (2) annexed hereto be and is hereby **ORDERED**.

**DATED: March 28, 2019**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Page 2
Debtor:   Gertrude Sofman
Case No.: 18-32381-KCF
Caption: Consent Order Resolving Objection to Confirmation

---

This matter being opened to the Court by the parties with respect to Donna and Bartholomew Brenner's proof of claim #3 and Objection to Confirmation, and the Court noting the consent of the parties to the form, substance, and entry of the within Order, and for good cause shown:

It is **ORDERED**, that Debtor shall pay the arrearage claim of Secured Creditor (Claim # 3) in the amount of $14,328.76 in full through the Chapter 13 plan; and

It is **FURTHER ORDERED**, that Secured Creditor's objection to confirmation is hereby resolved.

Consent to Form and Entry

| | |
|---|---|
| **Robert H. Johnson, LLC** | **Law Offices of Henry F. Wolff, III** |
| Attorney for the Debtors | Attorney for Secured Creditor |
| By:  /s/ *Robert H. Johnson* | By:  /s/ *Henry F. Wolff, III* |
| Robert H. Johnson | Henry F. Wolff, III |
| Date: 3/26/19 | Date:  3/26/19 |

United States Bankruptcy Court
District of New Jersey

In re:  
Gertrude Sofman  
     Debtor

Case No. 18-32381-KCF  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Mar 29, 2019  
                      Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 31, 2019.  
db        +Gertrude Sofman,   157 Bay Avenue,   Highlands, NJ 07732-1718

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                        TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 31, 2019                                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 29, 2019 at the address(es) listed below:

          Albert   Russo    docs@russotrustee.com  
          Aleisha Candace Jennings    on behalf of Creditor    Federal National Mortgage Association (Fannie Mae) ajennings@rasflaw.com  
          Denise E. Carlon    on behalf of Creditor    ARCPE MORGAN HELOC'S dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
          Harold N. Kaplan    on behalf of Creditor    Federal National Mortgage Association (Fannie Mae) hkaplan@rasnj.com, informationathnk@aol.com  
          Henry F. Wolff, III    on behalf of Creditor Donna L Brenner lawwolff2@aol.com  
          Henry F. Wolff, III    on behalf of Creditor Bartholomew  Brenner lawwolff2@aol.com  
          Kevin Gordon McDonald    on behalf of Creditor    ARCPE MORGAN HELOC'S kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
          Lawrence W. Luttrell    on behalf of Creditor Lawrence W. Luttrell larry@lwlpc.com, renee@lwlpc.com;bet@lwlpc.com;luttrelllr80275@notify.bestcase.com;john@lwlpc.com  
          Maria   Cozzini    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper mcozzini@sternlav.com  
          Robert H. Johnson    on behalf of Debtor Gertrude  Sofman ecfmail@rhjlaw.com, r43974@notify.bestcase.com  
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                              TOTAL: 11