|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**RAS Citron, LLC**<br>Authorized Agent for Secured Creditor<br>130 Clinton Road, Lobby B, Suite 202<br>Fairfield, NJ 07004<br>Telephone: 973-575-0707<br>Facsimile: 973-404-8886<br><br>Aleisha C. Jennings, Esquire (049302015) | Order Filed on September 22, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>**Gertrude Sofman,**<br><br>   **Debtor.** | Case No.:  18-32381-MBK<br>Chapter:  13<br>Hearing Date: August 14, 2019<br>Judge:  Michael B. Kaplan |

## AGREED ORDER RESOLVING SECURED CREDITOR'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY

The relief set forth on the following pages, numbered two (2) through three (3), is hereby ORDERED.

**DATED: September 22, 2019**

/s/ Michael B. Kaplan
Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page 2

Secured Creditor: Nationstar Mortgage LLC d/b/a Mr. Cooper

Secured Creditor's Counsel: RAS Citron, LLC

Debtors' Counsel: Robert H. Johnson

Property Involved ("Collateral"): 79 Chestnut Street Morristown, New Jersey 07960

Relief sought:      ▪ Motion for relief from the automatic stay

For good cause shown, it is **ORDERED** that Secured Creditor's Motion(s) is (are) resolved, subject to the following conditions:

1. Status of post-petition arrearages:
   - ▪ The Debtor is overdue for 6 months from 03/01/2019 through 08/01/2019.
   - ▪ The Debtor is overdue for 6 payments from 03/01/2019 through 08/01/2019 at $1,862.79 per month.

   Funds Held In Suspense $454.74.
   Total Arrearages Due $10,722.00.

2. Debtor must cure all post-petition arrearages, as follows:
   - ▪ Beginning on September 1, 2019, regular monthly mortgage payments shall continue to be made in the amount of $1,862.79, subject to periodic adjustments.
   - ▪ Beginning on September 15, 2019, monthly cure payments shall be made in the amount of $1,191.33 for eight months, with a 9th and final payment in the amount of $1,191.36 due on or before May 15, 2020.

3. Payments to the Secured Creditor shall be made to the following address(es):
   - ▪ Regular monthly payment: Nationstar Mortgage LLC
     ATTN: Bankruptcy Dept
     PO Box 619094
     Dallas, Texas 75261-9741

   - ▪ Monthly cure payment: Nationstar Mortgage LLC
     ATTN: Bankruptcy Dept
     PO Box 619094
     Dallas, Texas 75261-9741

4.   In the event of Default:

- Should the Debtor(s) fail to make any of the above captioned payments, or if any regular monthly mortgage payment should become more than thirty (30) days late or if Debtor(s) fails to comply with any terms of this Consent Order, counsel shall file a Certification of Default with the Court. A copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtors, and the Debtors' attorney and the court shall enter an Order grating relief from the Automatic Stay. Debtor shall pay $200.00 for each notice of default issued by Secured Creditor as a result of the Debtor's failure to comply with this Consent Order.

- In the event the Debtor(s) convert(s) to a Chapter 7 during the pendency of this bankruptcy case, the Debtor(s) shall cure all arrears within ten (10) days from the date of conversion in order to bring the loan contractually current. Should the Debtors fail to bring the loan contractually current, counsel shall file a Certification of Default with the Court, a copy of the Certification shall be sent to the Chapter 7 and Chapter 13 Trustee, the Debtors, and Debtors' attorney and the court shall enter an Order granting relief from the Automatic Stay. Debtor shall pay $200.00 for each notice of default issued by Secured Creditor as a result of the Debtor's failure to comply with this Consent Order.

- This agreed order survives any loan modification agreed to and executed during the instant bankruptcy. If any regular mortgage payment due after the execution of a loan modification is more than thirty (30) days late, counsel shall file a Certification of Default with the Court a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtors, and Debtors' attorney and the court shall enter an Order granting relief from the Automatic Stay. Debtor shall pay $200.00 for each notice of default issued by Secured Creditor as a result of the Debtor's failure to comply with this Consent Order.

5.   Award of Attorneys' Fees:

- The Applicant is awarded attorney fees of $350.00 and costs of $181.00.

    The fees and costs are payable:

- Through the Chapter 13 plan.

The undersigned hereby consent to the form and entry of the foregoing order.

_____
Robert H. Johnson
*Attorney for Debtor(s)*
Date: 9/4/19

/s/*Aleisha C Jennings*
_____
Aleisha C. Jennings, Esquire
*Attorney for Secured Creditor*
Date: 9/9/2019