UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

**RAS Citron, LLC**
Authorized Agent for Secured Creditor
130 Clinton Road, Lobby B, Suite 202
Fairfield, NJ 07004
Telephone: 973-575-0707
Facsimile: 973-404-8886

Aleisha C. Jennings, Esquire (049302015)

In Re:

**Gertrude Sofman,**

    Debtor.

Order Filed on September 22, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:   18-32381-MBK

Chapter:   13

Hearing Date: August 14, 2019

Judge:   Michael B. Kaplan

## AGREED ORDER RESOLVING SECURED CREDITOR'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY

The relief set forth on the following pages, numbered two (2) through three (3), is hereby ORDERED.

**DATED: September 22, 2019**

/s/ Michael B. Kaplan
Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page 2

Secured Creditor: Nationstar Mortgage LLC d/b/a Mr. Cooper

Secured Creditor's Counsel: RAS Citron, LLC

Debtors' Counsel: Robert H. Johnson

Property Involved ("Collateral"): 79 Chestnut Street Morristown, New Jersey 07960

Relief sought:        ■ Motion for relief from the automatic stay

For good cause shown, it is **ORDERED** that Secured Creditor's Motion(s) is (are) resolved, subject to the following conditions:

1. Status of post-petition arrearages:
   - ■ The Debtor is overdue for 6 months from 03/01/2019 through 08/01/2019.
   - ■ The Debtor is overdue for 6 payments from 03/01/2019 through 08/01/2019 at $1,862.79 per month.

   Funds Held In Suspense $454.74.
   Total Arrearages Due $10,722.00.

2. Debtor must cure all post-petition arrearages, as follows:
   - ■ Beginning on September 1, 2019, regular monthly mortgage payments shall continue to be made in the amount of $1,862.79, subject to periodic adjustments.
   - ■ Beginning on September 15, 2019, monthly cure payments shall be made in the amount of $1,191.33 for eight months, with a 9th and final payment in the amount of $1,191.36 due on or before May 15, 2020.

3. Payments to the Secured Creditor shall be made to the following address(es):
   - ■ Regular monthly payment: Nationstar Mortgage LLC
     ATTN: Bankruptcy Dept
     PO Box 619094
     Dallas, Texas 75261-9741

   - ■ Monthly cure payment: Nationstar Mortgage LLC
     ATTN: Bankruptcy Dept
     PO Box 619094
     Dallas, Texas 75261-9741

4. In the event of Default:

■ Should the Debtor(s) fail to make any of the above captioned payments, or if any regular monthly mortgage payment should become more than thirty (30) days late or if Debtor(s) fails to comply with any terms of this Consent Order, counsel shall file a Certification of Default with the Court. A copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtors, and the Debtors' attorney and the court shall enter an Order grating relief from the Automatic Stay. Debtor shall pay $200.00 for each notice of default issued by Secured Creditor as a result of the Debtor's failure to comply with this Consent Order.

■ In the event the Debtor(s) convert(s) to a Chapter 7 during the pendency of this bankruptcy case, the Debtor(s) shall cure all arrears within ten (10) days from the date of conversion in order to bring the loan contractually current. Should the Debtors fail to bring the loan contractually current, counsel shall file a Certification of Default with the Court, a copy of the Certification shall be sent to the Chapter 7 and Chapter 13 Trustee, the Debtors, and Debtors' attorney and the court shall enter an Order granting relief from the Automatic Stay. Debtor shall pay $200.00 for each notice of default issued by Secured Creditor as a result of the Debtor's failure to comply with this Consent Order.

■ This agreed order survives any loan modification agreed to and executed during the instant bankruptcy. If any regular mortgage payment due after the execution of a loan modification is more than thirty (30) days late, counsel shall file a Certification of Default with the Court a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtors, and Debtors' attorney and the court shall enter an Order granting relief from the Automatic Stay. Debtor shall pay $200.00 for each notice of default issued by Secured Creditor as a result of the Debtor's failure to comply with this Consent Order.

5. Award of Attorneys' Fees:

■ The Applicant is awarded attorney fees of $350.00 and costs of $181.00.

The fees and costs are payable:

■ Through the Chapter 13 plan.

The undersigned hereby consent to the form and entry of the foregoing order.

_____  
Robert H. Johnson  
*Attorney for Debtor(s)*  
Date: 9/4/19

/s/*Aleisha C Jennings*  
_____  
Aleisha C. Jennings, Esquire  
*Attorney for Secured Creditor*  
Date: 9/9/2019

United States Bankruptcy Court
District of New Jersey

In re:  
Gertrude Sofman  
    Debtor

Case No. 18-32381-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Sep 27, 2019  
                    Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 29, 2019.  
db          +Gertrude Sofman,   157 Bay Avenue,   Highlands, NJ 07732-1718

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                                       TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 29, 2019                                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 27, 2019 at the address(es) listed below:

           Albert   Russo   docs@russotrustee.com  
           Aleisha Candace Jennings   on behalf of Creditor   Federal National Mortgage Association (Fannie Mae) ajennings@rasflaw.com  
           Aleisha Candace Jennings   on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper ajennings@rasflaw.com  
           Denise E. Carlon   on behalf of Creditor   ARCPE MORGAN HELOC'S dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
           Harold N. Kaplan   on behalf of Creditor   Federal National Mortgage Association (Fannie Mae) hkaplan@rasnj.com, informationathnk@aol.com  
           Henry F. Wolff, III   on behalf of Creditor Donna L Brenner lawwolff2@aol.com  
           Henry F. Wolff, III   on behalf of Creditor Bartholomew  Brenner lawwolff2@aol.com  
           Kevin Gordon McDonald   on behalf of Creditor   ARCPE MORGAN HELOC'S kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
           Lawrence W. Luttrell   on behalf of Creditor Lawrence W. Luttrell larry@lwlpc.com, renee@lwlpc.com;bet@lwlpc.com;luttrelllr80275@notify.bestcase.com;john@lwlpc.com  
           Maria   Cozzini   on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper mcozzini@sternlav.com  
           Maria   Cozzini   on behalf of Creditor   Federal National Mortgage Association (Fannie Mae) mcozzini@sternlav.com  
           Robert H. Johnson   on behalf of Debtor Gertrude  Sofman ecfmail@rhjlaw.com, r43974@notify.bestcase.com  
           U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov

                                                                                                                                                  TOTAL: 13