| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>Lawrence W. Luttrell<br>Law Office of Lawrence W. Luttrell, PC<br>2137 State Route 35, 3rd Floor<br>Holmdel, New Jersey 07733<br>P: (732) 872-6900<br>F: (888) 655-7393<br>larry@lwlpc.com | **Order Filed on October 31, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>**Gertrude Sofman** | Case No.: 18-32381-MBK<br><br>Chapter: 13<br><br>Hearing Date:<br><br>Judge: Hon. Michael B. Kaplan |

## ORDER ALLOWING FILING OF PROOF OF CLAIM AFTER BAR DATE

The relief set forth on the following page is hereby **ORDERED.**

**DATED: October 31, 2019**

*/s/ Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

**THIS MATTER** having been presented to the Court by the Creditor, Law Offices of Lawrence W. Luttrell, P.C., by and through its attorney, Lawrence W. Luttrell, Esq., and it appearing that the Debtor and the Creditor below have reached an amicable resolution to the relief sought herein, it is

**ORDERED** that:

1. Creditor, Law Office of Lawrence W. Luttrell, P.C. is granted leave to file a Proof of Claim via an application to file Proof of Claim after the Rule 3002(c) Bar Date, to be filed after the entry of this Order;

2. Debtor still retains the right to object to the above late filed Proof of Claim by the above Creditor after it is entered on the Claim's Registry; and

3. The above Creditor shall serve this Order upon the Trustee and all creditors within 3 days of the date herein.