UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Lawrence W. Luttrell
Law Office of Lawrence W. Luttrell, PC
2137 State Route 35, 3rd Floor
Holmdel, New Jersey 07733
P: (732) 872-6900
F: (888) 655-7393
larry@lwlpc.com

Order Filed on October 31, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

**Gertrude Sofman**

| | |
|---|---|
| Case No.: | 18-32381-MBK |
| Chapter: | 13 |
| Hearing Date: | |
| Judge: | Hon. Michael B. Kaplan |

## ORDER ALLOWING FILING OF PROOF OF CLAIM AFTER BAR DATE

The relief set forth on the following page is hereby **ORDERED.**

**DATED: October 31, 2019**

*/s/ Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

THIS MATTER having been presented to the Court by the Creditor, Law Offices of Lawrence W. Luttrell, P.C., by and through its attorney, Lawrence W. Luttrell, Esq., and it appearing that the Debtor and the Creditor below have reached an amicable resolution to the relief sought herein, it is

**ORDERED** that:

1. Creditor, Law Office of Lawrence W. Luttrell, P.C. is granted leave to file a Proof of Claim via an application to file Proof of Claim after the Rule 3002(c) Bar Date, to be filed after the entry of this Order;

2. Debtor still retains the right to object to the above late filed Proof of Claim by the above Creditor after it is entered on the Claim's Registry; and

3. The above Creditor shall serve this Order upon the Trustee and all creditors within 3 days of the date herein.

United States Bankruptcy Court
District of New Jersey

In re:  
Gertrude Sofman  
    Debtor

Case No. 18-32381-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1      Date Rcvd: Oct 31, 2019  
                   Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 02, 2019.
```
db             +Gertrude Sofman,    157 Bay Avenue,    Highlands, NJ 07732-1718
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                        TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 02, 2019                   Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 31, 2019 at the address(es) listed below:
```
              Albert    Russo    docs@russotrustee.com
              Aleisha Candace Jennings    on behalf of Creditor    Federal National Mortgage Association (Fannie
               Mae) ajennings@rasflaw.com
              Aleisha Candace Jennings    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               ajennings@rasflaw.com
              Denise E. Carlon    on behalf of Creditor    ARCPE MORGAN HELOC'S dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Harold N. Kaplan    on behalf of Creditor    Federal National Mortgage Association (Fannie Mae)
               hkaplan@rasnj.com,    informationathnk@aol.com
              Henry F. Wolff, III    on behalf of Creditor Donna L Brenner lawwolff2@aol.com
              Henry F. Wolff, III    on behalf of Creditor Bartholomew  Brenner lawwolff2@aol.com
              Kevin Gordon McDonald    on behalf of Creditor    ARCPE MORGAN HELOC'S kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Lawrence W. Luttrell    on behalf of Creditor Lawrence W. Luttrell larry@lwlpc.com,
               renee@lwlpc.com;bet@lwlpc.com;luttrelllr80275@notify.bestcase.com;john@lwlpc.com
              Maria   Cozzini    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               mcozzini@sternlav.com
              Maria   Cozzini    on behalf of Creditor    Federal National Mortgage Association (Fannie Mae)
               mcozzini@sternlav.com
              Robert H. Johnson    on behalf of Debtor Gertrude  Sofman ecfmail@rhjlaw.com,
               r43974@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 13
```