UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Albert Russo
CN 4853
Trenton, NJ  08650
(609) 587-6888
Standing Chapter 13 Trustee

In re:

Gertrude Sofman

Case No.: 18-32381 / MBK

Judge: Michael B. Kaplan

Debtor(s)

Chapter: 13

## CERTIFICATION OF SERVICE

1. I, Kierstyn Buchanan, am an employee of Albert Russo, the Standing Chapter 13 Trustee in the above captioned matter.

2. On December 10, 2019, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

   **Trustee's Certification of Default, Proposed Form of Order, Certificate of Service**

3. I hereby certify, under penalty of perjury, that the above documents were sent using the mode of service indicated.

Dated: December 10, 2019                                                    /s/ Kierstyn Buchanan

                                                                            Kierstyn Buchanan

| Name and Address of Party Served | Relationship of Party to Case | Mode of Service |
|---|---|---|
| Gertrude Sofman<br>157 Bay Avenue<br>Highlands, NJ  07732 | Debtor(s) | Regular Mail |
| ROBERT H JOHNSON<br>1818 OLD CUTHBERT ROAD, SUITE 107<br>CHERRY HILL,  NJ  08034 | Attorney for Debtor(s) | Regular Mail and Notice of Electronic Filing (NEF) |