Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18–32381–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Gertrude Sofman
   157 Bay Avenue
   Highlands, NJ 07732

Social Security No.:
   xxx–xx–6530

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 12/26/19.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).


Dated: December 26, 2019
JAN: kmf

                                                            Jeanne Naughton
                                                            Clerk

```
                            United States Bankruptcy Court
                                 District of New Jersey
```

In re:                                                          Case No. 18-32381-MBK
Gertrude Sofman                                                 Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin                Page 1 of 2              Date Rcvd: Dec 26, 2019
                              Form ID: 148               Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 28, 2019.
```
db             +Gertrude Sofman,    157 Bay Avenue,    Highlands, NJ 07732-1718
cr             +Bartholomew Brenner,    6 Highland Avenue,    Rumson, NJ 07760-1715
cr             +Donna L Brenner,    6 Highland Avenue,    Rumson, NJ 07760-1715
cr             +Federal National Mortgage Association (Fannie Mae),     RAS Citron, LLC,
                 130 Clinton Road, Suite 202,    Fairfield, NJ 07004-2927
cr             +Lawrence W. Luttrell,    Law Office of Lawrence W. Luttrell, PC,    2137 Hwy 35,    3rd Floor,
                 Holmdel, NJ 07733-1069
cr             +Nationstar Mortgage LLC d/b/a Mr. Cooper,    Stern, Lavinthal & Frankenberg, LLC,
                 105 Eisenhower Parkway,    Suite 302,    Roseland, NJ 07068-1640
517975926      +BSI Financial Services,    1425 Greenway Drive, #400,    Irving, TX 75038-2480
517865451      +Bartholomew and Donna Brenner,    6 Highland Avenue,    Rumson, NJ 07760-1715
517865452       Borough of Highlands,    42 Shore Drive,    Highlands, NJ 07732
517944275      +COMCAST,    PO BOX 1931,    Burlingame, CA 94011-1931
517865454      +Central Credit Service,    PO Box 15118,    Jacksonville, FL 32239-5118
517964124      +Chase Bank USA, N.A.,    c/o Robertson, Anschutz & Schneid, P.L.,
                 6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487-2853
517980036      +FEDERAL NATIONAL MORTGAGE ASSOCIATION (FANNIE MAE,    Seterus, Inc.,    PO Box 1047,
                 Hartford CT 06143-1047
517874928      +Federal National Mortgage Association,    RAS Citron, LLC,    130 Clinton Road, Suite 202,
                 Fairfield, NJ 07004-2927
517865458      +Henry F. Wolff III,    79 First Avenue,    Atlantic Highlands, NJ 07716-1241
517865460      +Lawrence W. Luttrell,    2137 State Highway 35,    3rd Floor,    Holmdel, NJ 07733-1069
518307593      +Nationstar Mortgage LLC d/b/a Mr. Cooper,    PO BOX 619094,    Dallas, TX 75261-9094
518307594      +Nationstar Mortgage LLC d/b/a Mr. Cooper,    PO BOX 619094,    Dallas, TX 75261,
                 Nationstar Mortgage LLC d/b/a Mr. Cooper,    PO BOX 619094,    Dallas, TX 75261-9094
517865463     #+Seterus,    PO Box 4121,    Beaverton, OR 97076-4121
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Dec 26 2019 23:38:25      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 26 2019 23:38:22      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517865450       E-mail/Text: bankruptcycare@affinityfcu.com Dec 26 2019 23:37:48      Affinity FCU,
                 73 Mountain Boulevard,    Basking Ridge, NJ 07920
517865453      +EDI: CAPITALONE.COM Dec 27 2019 04:08:00      Capital One,    PO Box 30281,
                 Salt Lake City, UT 84130-0281
517944032       EDI: CAPITALONE.COM Dec 27 2019 04:08:00      Capital One Bank (USA), N.A.,    PO Box 71083,
                 Charlotte, NC  28272-1083
517865455      +EDI: CHASE.COM Dec 27 2019 04:08:00      Chase,    PO Box 15123,    Wilmington, DE 19886-5123
517865456      +E-mail/Text: tuscolsup@fisglobal.com Dec 26 2019 23:39:13      Complete Payment Recovery,
                 11601 Roosevelt Boulevard,    St. Petersburg, FL 33716-2202
517865457      +EDI: CCS.COM Dec 27 2019 04:08:00      Credit Collection Services,    725 Canton Street,
                 Norwood, MA 02062-2679
517865459      +E-mail/Text: gmiller@johnnyonthespot.com Dec 26 2019 23:37:53      Johnny on the Spot,
                 3168 Bordentown Avenue,    Old Bridge, NJ 08857-9703
517966322       EDI: NAVIENTFKASMSERV.COM Dec 27 2019 04:08:00      NAVIENT PC TRUST,
                 C/O Navient Solutions, LLC.,    PO BOX 9640,    Wilkes-Barre, PA 18773-9640
517865461      +EDI: NAVIENTFKASMSERV.COM Dec 27 2019 04:08:00      Navient,    PO Box 9500,
                 Wilkes Barre, PA 18773-9500
517865462      +E-mail/Text: electronicbkydocs@nelnet.net Dec 26 2019 23:38:27      Nelnet,
                 3015 South Parker Road, Suite 400,    Aurora, CO 80014-2904
517865464      +E-mail/Text: clientservices@simonsagency.com Dec 26 2019 23:39:20      Simons Agency,
                 4963 Wintersweet Dr,    Liverpool, NY 13088-2176
517865466      +E-mail/Text: carine@tbfgroup.com Dec 26 2019 23:37:54      TBF Financial,    740 Waukegan Road,
                 Ste 404,    Deerfield, IL 60015-5505
                                                                                               TOTAL: 14
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
517865465       Sortis Financial,    18451 N. Dallas Parkway,    Ste 100
                                                                                   TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Dec 26, 2019
                              Form ID: 148             Total Noticed: 33
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 28, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 26, 2019 at the address(es) listed below:
              Albert    Russo    docs@russotrustee.com
              Aleisha Candace Jennings     on behalf of Creditor   Federal National Mortgage Association (Fannie
               Mae) ajennings@rasflaw.com
              Aleisha Candace Jennings     on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper
               ajennings@rasflaw.com
              Denise E. Carlon    on behalf of Creditor   ARCPE MORGAN HELOC'S dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Harold N. Kaplan    on behalf of Creditor    Federal National Mortgage Association (Fannie Mae)
               hkaplan@rasnj.com,   informationathnk@aol.com
              Henry F. Wolff, III    on behalf of Creditor Bartholomew  Brenner lawwolff2@aol.com
              Henry F. Wolff, III    on behalf of Creditor Donna L Brenner lawwolff2@aol.com
              Kevin Gordon McDonald     on behalf of Creditor   ARCPE MORGAN HELOC'S kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Lawrence W. Luttrell    on behalf of Creditor Lawrence W. Luttrell larry@lwlpc.com,
               renee@lwlpc.com;bet@lwlpc.com;luttrelllr80275@notify.bestcase.com;john@lwlpc.com
              Maria   Cozzini    on behalf of Creditor    Federal National Mortgage Association (Fannie Mae)
               mcozzini@sternlav.com
              Maria   Cozzini    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               mcozzini@sternlav.com
              Robert H. Johnson    on behalf of Debtor Gertrude  Sofman ecfmail@rhjlaw.com,
               r43974@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 13
```