UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Albert Russo
CN 4853
Trenton, NJ   08650
(609) 587-6888
Standing Chapter 13 Trustee

Order Filed on December 26, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:

Gertrude Sofman

Debtor(s)

Case No.: 18-32381 / MBK

Judge: Michael B. Kaplan

Chapter: 13

## ORDER REGARDING CHAPTER 13 STANDING TRUSTEE'S MOTION TO DISMISS OR CERTIFICATION OF DEFAULT

The relief set forth on the following page is **ORDERED**.

DATED: December 26, 2019

Honorable Michael B. Kaplan
United States Bankruptcy Judge

This matter having come before the Court on the Standing Trustee's Certification of Default, and the Court having determined that dismissal of this case is appropriate, it is hereby

ORDERED that the debtor's case is dismissed.

and it is further

ORDERED that:

Pursuant to 11 U.S.C. § 349(b), this court for cause retains jurisdiction over any application filed within 14 days of the date of this order by any administrative claimant for funds on hand with the Chapter 13 Standing Trustee.

Available funds on hand received prior to dismissal shall be distributed by the Chapter 13 Standing Trustee pursuant to the confirmed plan and any orders entered by the Court before returning funds to the debtor.

Any *Order to Employer to pay the Chapter 13 Trustee* that has been entered in this case is vacated, and the employer is ordered to cease wage withholding immediately.

All outstanding fees due to the Court are due and owing and must be paid within 7 days of the date of

United States Bankruptcy Court
District of New Jersey

In re:  
Gertrude Sofman  
    Debtor

Case No. 18-32381-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Dec 26, 2019  
                  Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 28, 2019.  
db           +Gertrude Sofman,    157 Bay Avenue,    Highlands, NJ 07732-1718

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                       TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 28, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 26, 2019 at the address(es) listed below:

           Albert   Russo     docs@russotrustee.com  
           Aleisha Candace Jennings     on behalf of Creditor     Federal National Mortgage Association (Fannie Mae) ajennings@rasflaw.com  
           Aleisha Candace Jennings     on behalf of Creditor     Nationstar Mortgage LLC d/b/a Mr. Cooper ajennings@rasflaw.com  
           Denise E. Carlon     on behalf of Creditor     ARCPE MORGAN HELOC'S dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
           Harold N. Kaplan     on behalf of Creditor     Federal National Mortgage Association (Fannie Mae) hkaplan@rasnj.com, informationathnk@aol.com  
           Henry F. Wolff, III    on behalf of Creditor Donna L Brenner lawwolff2@aol.com  
           Henry F. Wolff, III    on behalf of Creditor Bartholomew  Brenner lawwolff2@aol.com  
           Kevin Gordon McDonald     on behalf of Creditor     ARCPE MORGAN HELOC'S kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
           Lawrence W. Luttrell     on behalf of Creditor Lawrence W. Luttrell larry@lwlpc.com, renee@lwlpc.com;bet@lwlpc.com;luttrelllr80275@notify.bestcase.com;john@lwlpc.com  
           Maria Cozzini     on behalf of Creditor     Nationstar Mortgage LLC d/b/a Mr. Cooper mcozzini@sternlav.com  
           Maria Cozzini     on behalf of Creditor     Federal National Mortgage Association (Fannie Mae) mcozzini@sternlav.com  
           Robert H. Johnson     on behalf of Debtor Gertrude  Sofman ecfmail@rhjlaw.com, r43974@notify.bestcase.com  
           U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov

                                                                                                                           TOTAL: 13