| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
### REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 01/01/2019 to 12/31/2019

**Chapter 13 Case No. 18-32381 / MBK**

Gertrude Sofman

Petition Filed Date: 11/12/2018
341 Hearing Date: 12/20/2018
Confirmation Date: 03/27/2019

Case Status: **Dismissed After Confirmation on 12/26/2019**

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/15/2019 | $825.00 | 55343790 | 02/14/2019 | $825.00 | 56219290 | 03/14/2019 | $825.00 | 57016500 |
| 04/11/2019 | $897.00 | 57756390 | 05/09/2019 | $897.00 | 58494470 | 07/01/2019 | $897.00 | 59719690 |

**Total Receipts for the Period:  $5,166.00   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $5,991.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Gertrude Sofman | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | ROBERT H JOHNSON<br>»» ATTY DISCLOSURE | Attorney Fees | $4,250.00 | $4,250.00 | $0.00 |
| 1 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $1,930.12 | $0.00 | $1,930.12 |
| 2 | COMCAST | Unsecured Creditors | $186.41 | $0.00 | $186.41 |
| 3 | Bartholomew and Donna Brenner<br>»» P/157 BAY AVE/1ST MTG/ORDER 3/28/19 | Mortgage Arrears | $14,328.76 | $577.95 | $13,750.81 |
| 4 | CHASE BANK USA, N.A. | Unsecured Creditors | $5,294.49 | $0.00 | $5,294.49 |
| 5 | NAVIENT PC TRUST<br>»» STUDENT LOAN | Unsecured Creditors | $6,207.61 | $0.00 | $6,207.61 |
| 6 | NAVIENT PC TRUST<br>»» STUDENT LOAN | Unsecured Creditors | $1,493.70 | $0.00 | $1,493.70 |
| 7 | ARCPE MORGAN HELOC'S<br>»» NP/79 CHESTNUT ST/2ND MTG/ORDER 3/12/19 | Mortgage Arrears | $3,336.69 | $134.59 | $3,202.10 |
| 8 | NATIONSTAR MORTGAGE d/b/a MR. COOPER<br>»» NP/79 CHESTNUT ST/1ST MTG/FED NATL MRTG | Mortgage Arrears | $12,140.57 | $489.68 | $11,650.89 |
| 9 | TBF FINANCIAL, LLC | Unsecured Creditors<br>No Disbursements: Filed Out of Time | $0.00 | $0.00 | $0.00 |
| 10 | Borough of Highlands<br>»» PAY IN FULL (PLAN) | Secured Creditors<br>No Disbursements: No Check | $3,516.66 | $0.00 | $3,516.66 |
| 11 | LAW OFFICES OF LAWRENCE W. LUTTRELL<br>»» MON VJ-004278-18/ORD 10/31/19 | Secured Creditors<br>Hold Funds: Late Filed Claim | $3,351.70 | $0.00 | $3,351.70 |
| 12 | NATIONSTAR MORTGAGE d/b/a MR. COOPER<br>»» 79 CHESTNUT ST/ORDER 9/22/19 | Mortgage Arrears | $531.00 | $141.84 | $389.16 |

**Chapter 13 Case No. 18-32381 / MBK**

| SUMMARY |
|---|
| **Your case was Dismissed After Confirmation on 12/26/2019.** |
| Summary of all receipts and disbursements from date filed through 2/11/2020: |
| Total Receipts: $5,991.00 |
| Paid to Claims: $5,594.06 |
| Paid to Trustee: $396.94 |
| Funds on Hand: $0.00 |